IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOK INCORPORATED,<br><br>   Plaintiff,<br><br>   v.<br><br>MEDTRONIC VASCULAR INC.,<br><br>   Defendant.<br>_____/ | No. C 06-00333 JSW<br><br>**AMENDED ORDER GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART THE PARTIES' JOINT ADMINISTRATIVE MOTION TO MAINTAIN PORTIONS OF THE CONTRACT (EXHIBIT A TO THE COMPLAINT) UNDER SEAL** |

   The Court has received and considered the parties Joint Administrative Motion to Maintain Portions of the Contract (Exhibit A to the Complaint) Under Seal.  Having considered the motion and reviewed the relevant portions of the Contract, the Court shall GRANT IN PART AND DENY WITHOUT PREJUDICE IN PART the motion.

   The Court finds the parties have made a sufficient showing to demonstrate that the portions of paragraphs 3.1, 3.2, 3.5, 3.6, 3.7, and 3.10, as well as Exhibits C and **F** to the Contract should be maintained under seal.

   The Court DENIES WITHOUT PREJUDICE the request to file under seal Paragraph 1(F) and Exhibits A and B.  First, the substance of Paragraph 1(F) appears to be addressed in the body of the Complaint and it is therefore unclear to the Court why it should be sealed.  *See* Complaint ¶ 95.

   Second, these portions of the contract purportedly relate to the scope of the license.

However, it is unclear to the Court why the scope of the license must remain confidential. Accordingly, the Court shall provide the parties an opportunity to make a further, and more detailed showing, as to why that information would qualify for sealing under Local Rule 79-5.

Accordingly, it is HEREBY ORDERED that the parties shall have until May 5, 2006, to file a renewed motion demonstrating why paragraph 1(F) and Exhibits A and B to the Contract must remain under seal.  Until that time, those portions of the Contract shall remain under seal.

IT IS FURTHER ORDERED that, pursuant to the parties agreement, the Clerk shall unseal Docket Nos. 3, 4, 24, 36 and 39.

**IT IS SO ORDERED.**

Dated: April 28, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE