UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOK INCORPORATED,<br><br>  Plaintiff(s),<br><br>  v.<br><br>MEDTRONIC, INC., ET AL.,<br><br>  Defendant(s).<br>_____/ | No. C-06-0333 JSW (JCS)<br><br>**NOTICE OF REFERENCE AND ORDER RE DISCOVERY PROCEDURES**<br><br>**(E-FILING CASES)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter has been referred to Magistrate Judge Joseph C. Spero for resolution of all discovery disputes, implementation of a discovery plan, and to supervise discovery.

IT IS HEREBY ORDERED as follows:

1. All parties shall exchange proposed discovery plans **on or before June 6, 2006**.

2. Lead trial counsel for all parties shall meet and confer *in person* and agree on a proposed discovery plan **on or before June 9, 2006**.

3. **On or before June 12, 2006**, the parties shall file the following:

   a. Jointly, the agreed-upon discovery plan, and

   b. Separately, memoranda regarding the plan and any disputed issues regarding the plan.

4. On **June 16, 2006, at 9:30 a.m.**, the Court will hold a discovery conference – all lead trial counsel must attend. "Lead trial counsel" means, with respect to any party, the attorney who will be lead counsel at the trial of the matter; provided that if or one or more parties decide to appoint jointly one of their lead trial counsel to represent a group of parties for discovery purposes, they may do so.

Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil Local Rule 37-1(e).

## LAW AND MOTION HEARING PROCEDURES

Civil law and motion is heard on Friday mornings, at 9:30 a.m., in Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102.

Motions to compel may be noticed without reserving a hearing date, subject to the Court's availability.

Discovery motions may be addressed to the Court in two ways. In emergencies during discovery events, the Court is available pursuant to Civil L. R. 37-1(b). In non-emergencies, the parties shall do the following:

1) In the event that any party believes that there is a legitimate discovery dispute at which meet-and-confer efforts have failed (whether by telephone, letter, or meeting of counsel other than lead trial counsel), that party shall request an in-person meet-and-confer session attended by lead trial counsel for each side. Upon request, such a meeting shall occur within ten (10) business days.

2) The location of the meet-and-confer sessions shall alternate. The location of the first meet-and-confer session, as set forth above, will be chosen by counsel for the party seeking discovery. If new discovery disputes arise and another meet-and-confer session of lead trial counsel is requested, the location of the meet-and-confer sessions will alternate. Within five (5) business days of the lead trial counsels' meet-and-confer session, the parties will provide a detailed Joint Letter to the Court that will include a description of every issue in dispute, and with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue. The Court will then determine what, if any, additional briefing and/or hearings are necessary.

A party or counsel has a continuing duty to supplement the initial disclosure when required under Federal Rule of Civil Procedure 26(e)(1).

1  Law and motion matters may be submitted without argument upon stipulation of the parties
2  and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to Civil
3  L. R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of
4  the date for service of the opposition.  Thereafter, leave of the Court must be sought.

### ELECTRONIC FILING AND COURTESY COPIES

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.  All documents shall be filed in compliance with the Civil Local Rules.  Documents not filed in compliance with those rules will not be considered by the Court.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY."  All filings of documents relating to motions referred to Magistrate Judge Spero shall list the civil case number and the district court judge's initials followed by the designation "(JCS)".

**The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Federal Rule of Civil Procedure 16(f).**

IT IS SO ORDERED.

Dated:  May 1, 2006

JOSEPH C. SPERO
United States Magistrate Judge