UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COOK INCORPORATED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEDTRONIC, INC. and MEDTRONIC VASCULAR, INC.,<br><br>　　　　　Defendants. | Civil Action No. 06-0333 JSW<br><br>Action Filed: January 17, 2006<br><br>[PROPOSED] ORDER GRANTING RENEWED JOINT ADMINISTRATIVE MOTION TO MAINTAIN PORTIONS OF THE PARTIES' CONTRACT (EXHIBIT A TO THE COMPLAINT) UNDER SEAL<br><br>Judge:　Honorable Jeffrey S. White |

In consideration of the parties' Renewed Joint Administrative Motion to Maintain Portions of the Parties' Contract (Exhibit A to the Complaint) Under Seal, and all papers and arguments related thereto, and good cause appearing, IT IS HEREBY ORDERED that said Motion be and hereby is GRANTED.

Docket Entry No. 1 shall stay under seal in its entirety.

Exhibit 1 to the Renewed Joint Administrative Motion to Maintain Portions of the Parties' Contract (Exhibit A to the Complaint) Under Seal shall be filed in the public record.

May 11, 2006

_____
Honorable Jeffrey S. White
United States District Court Judge