| | |
|---|---|
| Dirk M. Schenkkan (No. 72533) | Terrence P. McMahon (No. 71910) |
| Email: dschenkkan@howardrice.com | Email: tmcmahon@mwe.com |
| Jeffrey E. Faucette (No. 193066) | Bijal V. Vakil (No. 192878) |
| Email: jfaucette@howardrice.com | Email: bvakil@mwe.com |
| Jason S. Takenouchi (No. 234835) | Jane H. Bu (No. 240081) |
| Email: jtakenouchi@howardrice.com | Email: jbu@mwe.com |
| HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN | McDERMOTT WILL & EMERY LLP |
| A Professional Corporation | 3150 Porter Drive |
| Three Embarcadero Center, 7th Floor | Palo Alto, California 94394 |
| San Francisco, California 94111-4024 | Telephone: 650/813-5000 |
| Telephone: 415/434-1600 | Facsimile: 650/813-5100 |
| Facsimile: 415/217-5910 | |
| | John R. Fuisz, *Pro Hac Vice* |
| | Email: jfuisz@mwe.com |
| Richard A. Kaplan, *Pro Hac Vice* | Stephen K. Shahida, *Pro Hac Vice* |
| Email: rkaplan@brinkshofer.com | Email: sshahida@mwe.com |
| Thomas J. Filarski, *Pro Hac Vice* | Evan A. Parke, *Pro Hac Vice* |
| Email: tfilarski@brinkshofer.com | Email: eparke@mwe.com |
| Bradley G. Lane, *Pro Hac Vice* | McDERMOTT WILL & EMERY LLP |
| Email: blane@brinkshofer.com | 600 13th Street N.W. |
| Jeffry M. Nichols, *Pro Hac Vice* | Washington, D.C. 20005 |
| Email: jnichols@brinkshofer.com | Telephone: 202/756-8000 |
| BRINKS HOFER GILSON & LIONE | Facsimile: 202/756-8087 |
| NBC Tower, Suite 3600 | |
| 455 North Cityfront Plaza Drive | Attorneys for Defendants, |
| Chicago, Illinois 60611-5599 | MEDTRONIC, INC. AND MEDTRONIC VASCULAR, INC. |
| Telephone: 312/321-4200 | |
| Facsimile: 312/321-4299 | |

Attorneys for Plaintiff,
COOK INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COOK INCORPORATED, | Civil Action No. 06-0333 JSW (JCS) |
| Plaintiff, | Action Filed: January 17, 2006 |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CONFERENCE** |
| MEDTRONIC, INC. and MEDTRONIC VASCULAR, INC., | |
| Defendants. | Judge: Honorable Joseph C. Spero |

STIP. & [PROPOSED] ORDER
CASE NO. C06-0333 JSW (JCS)

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants, through their counsel of record, that:

WHEREAS in the interests of judicial economy, the Parties request that the Court continue the Discovery Conference until August 4, 2006 at 1:30 p.m.

WHEREAS by agreeing to this continuance the Parties do not give up any of their rights under the Federal Rules of Civil Procedure or any other law; and THEREFORE:

## ORDER

**IT IS HEREBY ORDERED** that:

The Discovery Conference scheduled for June 16, 2006 at 9:30 a.m. is continued until August 4, 2006 at 1:30 p.m.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | RICHARD A. KAPLAN<br>THOMAS J. FILARSKI<br>BRADLEY G. LANE<br>JEFFRY M. NICHOLS<br>BRINKS HOFER GILSON & LIONE<br><br>DIRK M. SCHENKKAN<br>JEFFREY E. FAUCETTE<br>JASON S. TAKENOUCHI<br>HOWARD RICE NEMEROVSKI<br>   CANADY FALK & RABKIN<br>A Professional Corporation |
| Dated: June 15, 2006 |      /s/ Jason S. Takenouchi<br>Attorneys for Plaintiff,<br>COOK INCORPORATED |
|  | TERRENCE P. MCMAHON<br>BIJAL V. VAKIL<br>JANE H. BU<br>McDERMOTT WILL & EMERY LLP<br><br>JOHN R. FUISZ<br>STEPHEN K. SHAHIDA<br>EVAN A. PARKE<br>McDERMOTT WILL & EMERY LLP |
| Dated: June 15, 2006 |      /s/ John R. Fuisz<br>Attorneys for Defendants,<br>MEDTRONIC, INC. AND MEDTRONIC VASCULAR, INC. |

I, Jason S. Takenouchi, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

| Dated: June 15, 2006 |      /s/ Jason S. Takenouchi<br>Jason S. Takenouchi |
|---|---|

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

**IT IS SO ORDERED.**

Dated: __June 16__, 2006



HON. _____ERO
_____ AGISTRATE JUDGE