| | |
|---|---|
| Dirk M. Schenkkan (No. 72533)<br>dschenkkan@howardrice.com<br>Jeffrey E. Faucette (No. 193066)<br>jfaucette@howardrice.com<br>Jason S. Takenouchi (No. 234835)<br>jtakenouchi@howardrice.com<br>HOWARD RICE NEMEROVSKI<br>CANADY FALK & RABKIN<br>A Professional Corporation<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Tel. (415) 434-1600<br>Fax (415) 217-5910<br><br>Richard A. Kaplan, *Pro Hac Vice*<br>rkaplan@brinkshofer.com<br>Thomas J. Filarski, *Pro Hac Vice*<br>tfilarski@brinkshofer.com<br>Bradley G. Lane, *Pro Hac Vice*<br>blane@brinkshofer.com<br>Jeffry M. Nichols, *Pro Hac Vice*<br>jnichols@brinkshofer.com<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599<br>Tel. (312) 321-4200<br>Fax (312) 321-4299<br><br>Attorneys for Plaintiff,<br>COOK INCORPORATED | Terrence P. McMahon (No. 71910)<br>tmcmahon@mwe.com<br>Bijal V. Vakil (No. 192878)<br>bvakil@mwe.com<br>Jane H. Bu (No. 240081<br>jbu@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA 94394<br>Tel. (650) 813-5000<br>Fax (650) 813-5100<br><br>John R. Fuisz, *Pro Hac Vice*<br>jfuisz@mwe.com<br>Stephen K. Shahida, *Pro Hac Vice*<br>sshahida@mwe.com<br>Evan A. Parke, *Pro Hac Vice*<br>eparke@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>600 13th Street, N.W.<br>Washington, D.C. 20005<br>Tel. (202) 756-8000<br>Fax (202) 756-8087<br><br>Attorneys for Defendants,<br>MEDTRONIC, INC. AND MEDTRONIC<br>VASCULAR, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| COOK INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC. and MEDTRONIC VASCULAR, INC.,<br><br>Defendants. | Case No. C 06-0333 JSW<br><br>**STIPULATED DISMISSAL WITH PREJUDICE & [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | Plaintiff Cook Incorporated ("Cook") and Defendants Medtronic, Inc. and Medtronic |
| 2 | Vascular, Inc. (collectively, "Medtronic") have entered into an "Amendment to Settlement and |
| 3 | License Agreement," dated January 25, 2008 ("Agreement") relating in part to the disposition of |
| 4 | this action. Pursuant to this Agreement and pursuant to Federal Rule of Civil Procedure 41(a), |
| 5 | the parties stipulate to the dismissal of this action with prejudice. Each party will bear its own |
| 6 | costs and attorneys' fees. |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

For Plaintiff, COOK INCORPORATED:

DATED: January 28, 2008                HOWARD RICE NEMEROVSKI
                                       CANADY FALK & RABKIN


By: /s/
    Dirk M. Schenkkan (No. 72533)
    Jeffrey E. Faucette (No. 193066)
    Jason S. Takenouchi (No. 234835)
    HOWARD RICE NEMEROVSKI
    CANADY FALK & RABKIN
    A Professional Corporation
    Three Embarcadero Center, 7th Floor
    San Francisco, CA 94111-4024
    Tel. (415) 434-1600
    Fax (415) 217-5910


For Defendants, MEDTRONIC, INC. AND     McDERMOTT WILL & EMERY LLP
MEDTRONIC VASCULAR, INC.:

DATED: January 28, 2008                 By: [signature]
                                        Terrence P. McMahon (No. 71910)
                                        Bijal V. Vakil (No. 192878)
                                        Jane H. Bu (No. 240081)
                                        McDERMOTT WILL & EMERY LLP
                                        3150 Porter Drive
                                        Palo Alto, CA 94394
                                        Tel. (650) 813-5000
                                        Fax (650) 813-5100

## ORDER

**IT IS HEREBY ORDERED:**

Dated: January 30, 2008

_____
Honorable Jeffrey S. White
United States District Judge